STUART F. DELERY
Assistant Attorney General
LANA L. VAHAB (DC 976203)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail: Lana.Vahab@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AVI AZOULAI | No.: C 3:13-cv-05493-VC |
| Plaintiffs, | |
| vs. | STIPULATION TO HOLD CASE IN ABEYANCE and [~~PROPOSED~~] ORDER AS MODIFIED |
| ERIK H. HOLDER, Jr., *et al.*, | |
| Defendants. | |

**STIPULATION TO HOLD CASE IN ABEYANCE**

IT IS HEREBY STIPULATED pursuant to L.R. Civ. 7-12, that the Court stay the proceedings in this case for 90 days to allow USCIS to adjudicate Plaintiff's new naturalization application. A decision on Plaintiff's new application is expected within 90 days or less. The parties will notify the Court when Plaintiff has received the new decision. If the actions are adverse to Plaintiff, the parties will jointly ask the Court to reopen the case and proceed with *de novo* review of the agency's decision as provided under 8 U.S.C. § 1421(c). If the agency's decision is favorable to Plaintiff, Plaintiff will file a voluntary dismissal with prejudice within ten days of receiving the decision.

This stipulation is necessary to conserve the resources of the court and the parties. In support thereof, the parties state as follows:

1. Plaintiff filed the instant action under 8 U.S.C. § 1421(c) on November 27, 2013, and effectuated service on March 12, 2014.  (ECF No. 1.)

2. Plaintiff's action seeks review of the denial of his naturalization application, which the agency denied on the belief that Plaintiff had provided false testimony during the statutory good moral character period and that he therefore lacked the good moral character necessary to naturalize.

3. After a discussion, the parties agreed that given that Plaintiff did not provide false testimony (about his previous arrests) at his October 15, 2012 and February 13, 2013 naturalization interviews, any false testimony that he may have provided at previous naturalization interviews would not necessarily be a statutory bar to his naturalization were he to reapply for naturalization now.  This is so because the false testimony believed to have been provided by Plaintiff previously, at his January 8, 2009 and February 10, 2009 naturalization interviews, would fall outside the five-year statutory period during which Plaintiff is required to demonstrate good moral character under 8 U.S.C. § 1427.

4. In the interest of judicial economy, the parties have agreed that instead of litigating Plaintiff's entitlement to naturalization under his original naturalization applications, Plaintiff will file a new naturalization application, which USCIS will adjudicate.  Plaintiff filed his new naturalization application on May 15, 2014, background checks revealed no new arrests and USCIS is prepared to adjudicate Plaintiff's application within 90 days of this stipulation.

5. The parties will notify the Court when Plaintiff has received the new decision.

6. If the agency's decision is favorable to Plaintiff, Plaintiff will file a voluntary dismissal with prejudice within ten days of receiving the decision.

7. If the decision is adverse to Plaintiff, the parties will jointly ask the Court to continue to stay the case in order to allow Plaintiff to exhaust his administrative remedies as required under 8 U.S.C. § 1447(a).  If the decision is still adverse after Plaintiff's administrative appeal, the parties will jointly ask the Court to reopen the case and proceed with *de novo* review of the agency's decision as provided under 8 U.S.C. § 1421(c).

8. The parties will file a status report with the court in 90 days, updating the Court as to the status of Plaintiff's naturalization application.

Dated:  June 25, 2014                                        Respectfully submitted,

STUART F. DELERY                          /s/ Lana L. VAHAB
Assistant Attorney General                LANA L. VAHAB
                                          Trial Attorney
WILLIAM M. SILVIS                         United States Department of Justice
Acting Assistant Director                 Office of Immigration Litigation
                                          District Court Section
                                          P.O. Box 868, Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 532-4067
                                          Facsimile: (202) 305-7000
                                          E-mail: lana.vahab@usdoj.gov

                                          *Attorneys for Defendants*

Dated: June 25, 2014                      /s/ Win Eaton (with permission)
                                          WIN EATON
                                          Eaton and Associates
                                          707 18th Street
                                          Bakersfield, CA 93301
                                          661-742-7007
                                          Fax: 661-323-0900
                                          Email: Service@WinEaton.com

                                          *Attorney for Plaintiff*


[~~PROPOSED~~] ORDER AS MODIFIED

**A Case Management Conference is scheduled for September 30, 2014, at 10:00 a.m. A joint case management statement is due no later than September 23, 2014.**

Pursuant to Stipulation, IT IS SO ORDERED.

DATE: June 27, 2014                       _____
                                          Hon. Vince Chhabria
                                          United States District Judge

STIPULATION TO HOLD CASE IN ABEYANCE
CASE NO. C 3:13-CV-5493-VC

3