STUART F. DELERY
Assistant Attorney General
LANA L. VAHAB (DC 976203)
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail:  Lana.Vahab@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AVI AZOULAI | ) No.: C 3:13-cv-05493-VC |
| Plaintiffs, | ) |
| vs. | ) **JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| ERIC H. HOLDER, Jr., *et al.*, | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree to dismiss this action with prejudice because all of Plaintiff's claims are now moot.

Accordingly, the Parties stipulate to dismiss these proceedings.  Each party agrees to bear its own costs and attorney fees.

Dated:  August 28, 2014                                    Respectfully submitted,


STUART F. DELERY                              /s/ Lana L. VAHAB
Assistant Attorney General                     LANA L. VAHAB
                                                              Trial Attorney
WILLIAM M. SILVIS                             United States Department of Justice
Assistant Director                                 Office of Immigration Litigation
                                                              District Court Section
                                                              P.O. Box 868, Ben Franklin Station

JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(II)
CASE NO. C 3:13-cv-5493-VC

1

Washington, D.C. 20044
Telephone: (202) 532-4067
Facsimile: (202) 305-7000
E-mail: lana.vahab@usdoj.gov

*Attorneys for Defendants*

Dated: August 28, 2014

/s/ Win Eaton (with permission)
WIN EATON
Eaton and Associates
707 18th Street
Bakersfield, CA 93301
661-742-7007
Fax: 661-323-0900
Email: Service@WinEaton.com

*Attorney for Plaintiff*

# ~~[PROPOSED]~~ ORDER

Pursuant to the Joint Stipulated Dismissal agreed to and submitted by the parties in this action, IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATE:  September 3, 2014

